# EXHIBIT 7







## Taylor Gabourie

Senior Project Manager - Paul G. Allen School for Global Health (WSU)

Washington, District of Columbia, United States

247 followers · 246 connections

 See your mutual connections

Join to view profile

 **Paul G. Allen School for Global Health (WSU)**

## About

• International project management and cross-cultural research experience in Asia, South America and Africa, including budget development/management, project coordination, and contracts/subawards.
• Administrative duties for project management in personnel and stakeholder communication, field activity coordination, travel and schedule coordination, financial tracking, supply chain management and other support.
• Continued public health professional development specializing in women, children, and adolescents, and health in humanitarian crises.
• Lead coordinator in protocol development, participant enrollment, experimental testing, trial





abroad.
• Volunteer mentor and tutor at The Winnebago Mental Health Institute and United Nations.
• In-Home Autism Therapist with Fox-Valley Autism Treatment Program, and program development.
• MBA level coursework in business, financial analysis and management, and globalization.

## Activity



Antimicrobial Resistance, commonly knonw as #amr, is a global threat for humans, animals, plants and the environment. It is a problem no sector can...

Liked by Taylor Gabourie







Liked by Taylor Gabourie



**Great 3 days attending the annual conference of the International Society for Economics and Social Sciences of Animal Health #ISESSAH2023** 🐄 🧑‍⚕️ 📊 …

Liked by Taylor Gabourie

**Join now to see all activity**

---

# Experience



**Senior Project Manager**

Paul G. Allen School for Global Health (WSU)

Dec 2022 - Present · 11 months

Washington, District of Columbia, United States



**AMR Communications Officer**

World Organisation for Animal Health (OIE)

Jun 2018 - Dec 2021 · 3 years 7 months

Paris Area, France

-Oversee the implementation of the OIE Antimicrobial Resistance (AMR) risk communication and behaviour change strategy, working closely with OIE regional/sub-

 

-Support the Communication Unit in the organisation and facilitation of the regional seminars for communication focal points and development of the Unit's activities in line with OIE...

Show more ∨



### Project Manager

University of Houston

Nov 2017 - May 2018 · 7 months

Houston, Texas Area

Management of operations for academic-focused programs at the Department of Biology and Biochemistry.
• Plan and develop methods and procedures for implementing and administering programs; and
• Manages program-specific budgetary and fiscal activities, including budget planning and analysis.



### Project Support Coordinator

One Health Institute at UC Davis

Mar 2015 - Dec 2017 · 2 years 10 months

Davis, CA

Support and coordination of operations for the implementation of USAID's EPT PREDICT project and Defense Threat Reduction Agency trans-disciplinary collaborative public health projects.
• Coordination of field activities, international supply chain and other administrative duties;
• Development and financial management of international projects;
• Delivery of effective research, development and capacity building;
• Objective and deliverable monitoring; and
• Reporting and...

Show more ∨



### Statistical Research Coordinator

Quincy Bioscience

Sep 2010 - Apr 2015 · 4 years 8 months




and individual colleagues responsibilities.



**Laboratory Research Assistant**

University of Wisconsin Oshkosh

Oct 2009 - Aug 2010 · 11 months



**Fox Valley Autism Treatment Program**

Fox Valley Autism Treatment Program

Sep 2008 - Aug 2010 · 2 years

Fox Valley Area (Appleton, WI)

# Education



**University of Nairobi**

Masters of Anthropology · Applied Anthropology

2012 - 2014

Focus: International Development



**University of Wisconsin-Oshkosh**

Bachelor of Science (B.S.) · Psychology

2006 - 2010

Focus: Cross-cultural psychology & Neuropsychology

# Volunteer Experience

**Patient Mentor & Tutor**

Winnebago Mental Health Institute

2007 - 2010 · 3 years

Social Services

                                                

2015 - Present · 8 years

Disaster and Humanitarian Relief

## Languages

**English**
Native or bilingual proficiency

**Kiswahili**
-

**French**
Limited working proficiency

## More activity by Taylor

**The 2022 Activity Report of the World Organisation for Animal Health is now live! Discover how our Organisation supports the work of the veterinary...**

Liked by Taylor Gabourie

 

**The Australian delegation to the World Organisation for Animal Health 90th General Session in Paris includes members from the Department of...**

Liked by Taylor Gabourie

**I hosted World Organisation for Animal Health Director General Dr Monique Éloit as she presented her vision for WOAH and the challenges and...**

Liked by Taylor Gabourie

**I warmly welcome the World Organisation for Animal Health's Director General Dr Monique Éloit to Australia for her first visit here. Australia has...**

Liked by Taylor Gabourie

                                                            

Shared by Taylor Gabourie

**Il ne reste qu'une seule semaine pour postuler au poste de Chargé de Programme Résistance aux Antimicrobiens (RAM) à la Représentation de l' #OIE...**

Shared by Taylor Gabourie

---

## View Taylor's full profile

See who you know in common

Get introduced

Contact Taylor directly

**Join to view full profile**

### LinkedIn is better in the new Windows app



Use the Windows app for a faster and more seamless experience.

**Get the Windows app**

 

### John clark

Arnold, MO

Connect

### Grall Danielle

Occupational Therapist at Winnebago Mental Health Institute

United States

Connect

### Katy Wenzel

Senior Occupational Therapist- Winnebago Mental Health Institute

Omro Town, WI

Connect

### Page Metcalf

Helping researchers build open-source public interest technologies at CS&S

Madison, WI

Connect

### Luis Martinez-Juarez

Public Health | Implementation Sciences | Consultant | Reimagining Global Health & Social Justice

Mexico City, Mexico

Connect

### Charles Tellier

CEO and Co-Founder - D2E Labs

London

Connect

### Nora Boudghène

SDGs at the United Nations | UNESCO x Women@Dior | Master of International Public Management

Paris

Connect

### Lia Beyeler





**Connect**

## Ana Videkanic

International Development Expert

Greater Paris Metropolitan Region

**Connect**

## Sarah Sullivan

Communications Officer, One Health at World Organisation for Animal Health

Paris

**Connect**

**Show more profiles**

## Explore collaborative articles

We're unlocking community knowledge in a new way. Experts add insights directly into each article, started with the help of AI.

**Explore More**

# Add new skills with these courses

**Advanced and Specialized Statistics with Stata**

**The Habits of Successful Marketers**

**Academic Research Foundations: Quantitative**

**See all courses**




Include this LinkedIn profile on other websites

### Taylor Gabourie

Senior Project Manager - Paul G. Allen School for Global Health (WSU)

Senior Project Manager at Paul G. Allen School for Global Health (WSU)

View profile

**View profile badges**

© 2023

Accessibility

Privacy Policy

Cookie Policy

Brand Policy

Community Guidelines

About

User Agreement

Your California Privacy Choices

Copyright Policy

Guest Controls

Language