# EXHIBIT 8

 



### KC Lerner
Business Development and Intellectual Property Manager at Quincy Bioscience
Madison, Wisconsin, United States
377 followers · 376 connections

 See your mutual connections

Join to view profile

 Quincy Bioscience

 Texas McCombs School of Business

## Activity

 



It was a busy and bustling week in the Minneapolis office and, apparently, Thursday was Orange Pants Day! Orange you glad we snapped a picture to…

Liked by KC Lerner

THIS!!

Liked by KC Lerner

I am proud to work for a company that supports and empowers our colleagues and customers with disabilities. #DEI22

Liked by KC Lerner

Join now to see all activity

 

### Business Development and Intellectual Property Manager
Quincy Bioscience
Oct 2006 - Present · 17 years 1 month

### Intellectual Property and Technology Transfer Manager
University of Wisconsin Milwaukee
1999 - 2006 · 7 years

### Business and Corporate Development Manager
Ophidian
1993 - 1999 · 6 years

## Education

 

1991 - 1993

### Baylor College of Medicine

Neuroscience

1987 - 1990

### The University of Texas at El Paso

Master of Science (MS) · Molecular Genetics

1985 - 1986

### The University of Texas at El Paso

Bachelor of Science (BS) · Microbiology

1979 - 1984

## More activity by KC

I am looking forward to participating in the UIDP workshop on "Contemporary Issues by Industry Sector" in Austin 9/12-13/22 and to presenting at the…




**Mmmm! Donuts! See my latest food and kitchen art during Blueprint Live! Virtual! Schedule a one to one virtual meeting: September 14th - 16th...**

Liked by KC Lerner

💬 **https://qoo.ly/3dju2q #owilawyer #wisconsinlaw #owiwisconsin**

Liked by KC Lerner

**On exhibit thru Sept 24 with WWS at The New Visions Gallery, Marshfield Clinic, Marshfield, WI #watercolorpainting #watercolor...**

Liked by KC Lerner




Liked by KC Lerner



**What to know about mask wearing and other behaviors post vaccination.**
Liked by KC Lerner

**Someday Soon Jar #somedaysoon #somedaysoonjar #label #somedaysoonlist #singintoreading**
Liked by KC Lerner

**Inspiration. It is not a word or feeling that is necessarily top of mind during these uncertain times. However, I have learned to find it every day…**
Liked by KC Lerner

View KC's full profile

 

Contact KC directly



### LinkedIn is better in the new Windows app

Use the Windows app for a faster and more seamless experience.

Get the Windows app

## People also viewed

**Trinity Evans**
Quincy Biotechnology
Greater Madison Area



**Todd Olson**
Market Development Director at Quincy Bioscience
Madison, WI



**Jacque Deadman**
Executive Assistant at Quincy Bioscience
Madison, WI



 

Madison, WI

Connect

### Chad Scasny

Information Technology Manager at Quincy Bioscience

Madison, WI

Connect

### Kelli Steffes

Branding, Digital Marketing, Storyteller, Friend

Madison, WI

Connect

### Sarah Roseth

Statewide Director of Business Development at St. Croix Hospice

Eau Claire, WI

Connect

### Arek Schmocker

Adaptable | Inquisitive | Dependable

Germantown, WI

Connect

### Benjamin Shovers, MM

University of Michigan Ross School of Business - Master of Management

Madison, WI

Connect

### Corrina McVay

Business Development Director at Encompass Health

Madison, WI

Connect

Show more profiles

 

We're unlocking community knowledge in a new way. Experts add insights directly into each article, started with the help of AI.

Explore More

## Add new skills with these courses

Understanding Trademarks: A Deeper Dive

Programming Foundations: Open-Source Licensing

20 Questions to Help You Start a Business

See all courses

## KC's public profile badge

Include this LinkedIn profile on other websites

**KC Lerner**
Business Development and Intellectual Property Manager at Quincy Bioscience

Business Development and Intellectual Property Manager at Quincy Bioscience

Texas McCombs School of Business

View profile

View profile badges

© 2023      About

 

Cookie Policy

Copyright Policy

Brand Policy

Guest Controls

Community Guidelines

Language