**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KAITLIN MURROW, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>QUINCY BIOSCIENCE HOLDING COMPANY, INC., a corporation; QUINCY BIOSCIENCE, LLC, a limited liability company; PREVAGEN, INC., a corporation d/b/a/ SUGAR RIVER SUPPLEMENTS; QUINCY BIOSCIENCE MANUFACTURING, LLC, a limited liability company; MARK UNDERWOOD, individually and as an officer of QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE, LLC, and PREVAGEN, INC.; MICHAEL BEAMAN, individually and as an officer of QUINCY BIOSCIENCE HOLDING COMPANY, INC., QUINCY BIOSCIENCE, LLC, AND PREVAGEN, INC.,<br><br>      Defendants. | Civil Action No. 1:23-cv-14893<br><br>Hon. Sharon Johnson Coleman<br><br>**NOTICE OF APPEARANCE** |

Please take notice that the following attorney, who is admitted to practice in this Court, has entered his appearance as lead counsel in this case for Defendants Quincy Bioscience Holding Company, Inc.; Quincy Bioscience, LLC; Prevagen, Inc., d/b/a Sugar River Supplements; Quincy Bioscience Manufacturing, LLC; Mark Underwood, individually and as an officer of Quincy Bioscience Holding Company, Inc., Quincy Bioscience, LLC and Prevagen, Inc.; Michael Beaman, individually and as an officer of Quincy Bioscience, LLC and Prevagen, Inc. (collectively, "Defendants")[1]:

---

[1] Michael Beaman and Mark Underwood intend to challenge whether this Court can exercise personal jurisdiction over them and do not waive any such defenses.

Geoffrey W. Castello
NJ Attorney ID 021091995
Kelley Drye & Warren LLP
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
Phone: (973) 503-5900
Fax: (973) 503-5950


Dated: Parsippany, New Jersey
        December 13, 2023

By: */s/ Geoffrey W. Castello*
    Geoffrey W. Castello
    Kelley Drye & Warren LLP
    One Jefferson Road, 2nd Floor
    Parsippany, NJ 07054
    Phone: (973) 503-5900
    Fax: (973) 503-5950

    *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of December, 2023 I caused to be served the foregoing NOTICE OF APPEARANCE to all counsel of record via the Court's ECF System.

Dated: December 13, 2023

*/s/ Geoffrey W. Castello*_____

Geoffrey W. Castello